FILED

# UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF TEXAS

MAY 16 2013

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
　　　　　　　DEPUTY CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Christopher COOPER | ) | Case No. MO:13-MJ-229 |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  5/16/13  in the county of  MIDLAND  in the  WESTERN  District of  TEXAS , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| TITLE 21 U.S.C. § 846 | CONSPIRACY TO PWID 500 GRAMS OR MORE OF COCAINE |
| TITLE 21 U.S.C. § 841(a)(1) and 841(b)(1)(B) | |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

BRIAN HUTCHISON SPECIAL AGENT DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 05/16/2013

_____
*Judge's signature*

City and state:　　MIDLAND, TEXAS　　　DAVID COUNTS U. S. MAGISTRATE JUDGE
*Printed name and title*

United States of America                                    Criminal Complaint

V.

**Christopher COOPER**

On or about March 4, 2013 Special Agents with the Drug Enforcement Administration (DEA) and Narcotics Detectives with the Midland Police Department (MPD) began investigating the a drug trafficking organization (DTO) suspected of distributing kilogram quantities of cocaine in and out of San Antonio TX. The agents intercepted numerous phone calls and text messages within the organization. This was accomplished by utilizing a court ordered Title III (wiretapping).

During the investigation, multiple individuals within the organization were identified through the interception of phone calls, cooperating sources and actual police surveillance.

Agents and Detectives applied for and received consent to execute a search warrant in Midland Texas on one of the main distributors of cocaine for the organization. Agents had previously purchased quantities of cocaine from this individual. During the search of his/her residence, the investigators located approximately 336 grams of cocaine. This individual was also taken into custody and interviewed by the investigators. He/she will hereinafter be referred to as CD1.

During post-Miranda interview(s) with CD1, CD1 stated that CD1 had been supplying quantities of cocaine to Christopher COOPER. Also, CD1's statements corroborate what the investigators learned through surveillance of CD1.

On May 16, 2013, Agents and Detectives executed a second search warrant at 1701 S. Tradewinds, Apt. B302, Midland, Texas. The apartment is where COOPER and Lakisha CAMPBELL reside. Once the residence was secured a full search was conducted. During the search, Agents located a letter addressed to CAMPBELL from an individual identified as "Dirty", in the letter "Dirty" stated, "Tell him I got a few plugs where we can get the whole thang for $28,000." Further located in the residence was approximately $10,000 in United States Currency.

Based on my training and experience there is probably cause to believe that CD1, COOPER and others conspired together to possess with intent to distribute more than 500 grams of cocaine.

Brian Hutchison
DEA Special Agent

Subscribed and sworn to before me this 16 day of May, 2013

David Counts
United States Magistrate Judge